**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| IRON WORKERS ST. LOUIS DISTRICT COUNCIL ANNUITY TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DKW CONSTRUCTION CO., Inc.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Cause No. 4:10-cv-00192 (JCH)<br>)<br>)<br>)<br>)<br>) |

## DEFAULT JUDGMENT

Plaintiffs move for entry of Default Judgment against Defendant, DKW Construction Co., Inc. ("Defendant DKW"). Default was entered by the Clerk on July 27, 2010 and this matter was transferred to this Court by Order of Judge Mummert. On July 28, 2010, Plaintiffs filed a Motion For Default Judgment and a Memorandum In Support of Motion For Default Judgment, with attached exhibits and affidavits.

Plaintiffs request Judgment in the following amounts:

    a.    $45,393.39, representing delinquent contributions;

    b.    $4,539.34, representing liquidated damages of 10%;

    c    $3,652.86, representing interest; and

    d,    $3,950.00 representing attorneys' fees and costs, for a total of $57,535.59.

Default having been entered against Defendant and Defendant not appearing,

IT IS ORDERED that Plaintiffs' Motion For Default Judgment is GRANTED.

IT IS FURTHER ORDERED, that Plaintiffs shall have the following relief:

    a.    $45,393.39, representing delinquent contributions;

    b.    $4,539.34, representing liquidated damages of 10%;

    c    $3,652.86, representing interest; and

    d,    $3,950.00 representing attorneys' fees and costs, for a total of $57,535.59.

IT IS SO ORDERED.

*[signature]*  7/29/10
Hon. Jean C. Hamilton
U.S. District Judge